EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | |
|-------------------------|----------------------|
|                         | 2021 TSPR 126        |
| Cándido Valcárcel Ríos  | 207 DPR _____        |

Número del Caso: TS-6,015

Fecha: 19 de agosto de 2021

Abogada de la parte peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Ex Parte:

Cándido Valcárcel Ríos

**TS-6,015**

**RESOLUCIÓN**

San Juan, Puerto Rico, a 19 de agosto de 2021.

Atendida la *Moción en cumplimiento de resolución* presentada por la parte peticionaria Sr. Cándido Valcárcel Ríos, se provee Con Lugar, y se da por cumplida nuestra *Resolución* del 30 de junio de 2021.

Se ordena a la Secretaría a registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo